IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCOTT ALEX COPLEN, )<br>)<br>Defendant. ) | Case Number CR-98-153-C<br>CIV-20-681-C |

## ORDER OF DISMISSAL

Defendant has filed a letter which he asserts contains supplemental authority in support of his second 28 U.S.C. § 2255 Motion. The Court has reviewed the material submitted and finds it raises no issue not previously considered and rejected. The case cited by Defendant lacks precedential value in this Court and in any event is so factually dissimilar to Defendant as to lack persuasive value. Accordingly, The letter (Dkt. No. 80) is STRICKEN.

IT IS SO ORDERED this 21st day of April 2021.

*(signature)*
ROBIN J. CAUTHRON
United States District Judge